IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENA WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 17-cv-5874 |
| | ) | |
| VILLAGE OF BENSENVILLE, | ) | Judge Marvin Aspen |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ERIC A. KRUMDICK

I, Eric A. Krumdick, do hereby attest and state under oath and penalty of perjury, that if called upon to testify I would testify competently, and based upon my firsthand knowledge to the following:

1. I am the only counsel assigned to the defense of the Village of Bensenville in the captioned matter.

2. During the week of October 15, 2018 I will be traveling to New Haven, CT and Baltimore, MD for presenting witnesses in the matter of *Duffy v Blackstone Int'l etal.* 18-cv-0048.

3. I will be on vacation the week of November 5th and then again Thanksgiving week, November 22nd for long-standing family plans.

4. The combination of the work related travel and vacation has caused me to stack a number of other matters before, after and in between.

/s/ Eric A. Krumdick
Eric A. Krumdick for
Village of Bensenville