# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENA WATSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 17-cv-5874 |
| | ) |
| v. | ) Judge Aspen |
| | ) |
| VILLAGE OF BENSENVILLE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)

Plaintiff and Defendant, by and through their respective attorneys, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), stipulate that this case be dismissed, with prejudice, and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| /s/ Julie Herrera | /s/ Eric A. Krumdick |
|---|---|
| *One of the Attorneys for Plaintiffs* | Attorney at Law |
| | Maisel & Associates |
| Law Office of Julie O. Herrera | Direct Line: 312-458-6534, Main Line: 312-458-6500, Fax: 855-821-7317 |
| 53 W. Jackson, Suite 1615 | E-Mail: ekrumdic@travelers.com |
| Chicago, IL 60604 | General E-Mail: RPMLaw1@travelers.com |
| Tel: 312-697-002 | |
| Fax: 312-697-0812 | |
| jherrera@julieherreralaw.com | |
| Date: 1/18/19 | |